| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| Z72 | 000531 | 004000 | XN50K | 0000400117 | 1 |

# Earnings Statement 

WELLSPRING LIVING
1040 BOULEVARD SE SUITE M
ATLANTA, GA 30312

Period Beginning:   09/11/2020
Period Ending:      09/25/2020
Pay Date:           09/30/2020

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Tax blocked

FAITH  NJOKU
5154  LAVISTA  ROAD
TUCKER  GA  30084

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.5000 | 83.77 | 1,465.98 | 19,625.94 |
| Overtime | 26.2500 | 26.38 | 692.48 | 9,342.15 |
| Other | | | | 2,000.00 |
| **Gross Pay** | | | **$2,158.46** | 30,968.09 |

**Important Notes**
ADP TotalSource, Inc., A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -133.82 | 1,920.02 |
| | Medicare Tax | -31.30 | 449.04 |
| | GA State Income Tax | -105.90 | 1,525.66 |
| | Federal Income Tax | | 71.52 |
| | Other | | |
| | Mileage Reimbur | | -72.96 |
| | **Net Pay** | **$1,887.44** | |
| | Checking | -1,887.44 | 27,074.81 |
| | **Net Check** | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
    GA:              Single
Exemptions/Allowances:
    GA:              0

Your federal taxable wages this period are
$2,158.46
Your GA taxable wages this period are
$2,158.46

© 2000 ADP, LLC



| Advice number: | 00000400117 |
|---|---|
| Pay date: | 09/30/2020 |

Deposited to the account of
FAITH  NJOKU

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx2187 | xxxx xxxx | $1,887.44 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| Z72 | 000531 | 004000 | XN50K | 0000420115 | 1 |

WELLSPRING  LIVING
1040 BOULEVARD  SE SUITE M
ATLANTA,  GA  30312

### Earnings Statement

| Period Beginning: | 09/26/2020 |
|---|---|
| Period Ending: | 10/10/2020 |
| Pay Date: | 10/15/2020 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Tax blocked

FAITH  NJOKU
5154  LAVISTA  ROAD
TUCKER  GA  30084

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.5000 | 84.17 | 1,472.98 | 21,098.92 |
| Overtime | 26.2500 | 23.85 | 626.07 | 9,968.22 |
| Other | | | | 2,000.00 |
| **Gross Pay** | | | **$2,099.05** | 33,067.14 |

### Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Social Security Tax | -130.14 | 2,050.16 |
| Medicare Tax | -30.43 | 479.47 |
| GA State Income Tax | -102.48 | 1,628.14 |
| Federal Income Tax | | 71.52 |

**Other**

| | | |
|---|---|---|
| Mileage Reimbur | | -72.96 |
| **Net Pay** | **$1,836.00** | |
| Checking | -1,836.00 | 28,910.81 |
| **Net Check** | **$0.00** | |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Orga
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: HOURLY

**Additional Tax Withholding Informati**
Taxable Marital Status:
  GA:            Single
Exemptions/Allowances:
  GA:        0

Your federal taxable wages this period are
$2,099.05
Your GA taxable wages this period are
$2,099.05



Deposited  to  the  account  of
FAITH  NJOKU

| Advice number: | 00000420115 |
|---|---|
| Pay date: | 10/15/2020 |

| account number | transit | ABA |
|---|---|---|
| xxxxxxxx2187 | XXXX | XXXX |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**