**United States Bankruptcy Court**
**Northern District of Georgia**

In re   Faith Chibugo Njoku                                    Case No.
                            Debtor(s)                          Chapter   7

# APPLICATION TO PAY FILING FEE IN INSTALLMENTS
# FOR INDIVIDUALS OR JOINT DEBTORS

1. In accordance with Fed. R. Bankr. P. 1006 and General Order No. 23-2018 (Bankr. N.D. GA.) I apply for permission to pay the filing fee amounting to $ 335.00 in no more than three (3) installments. I understand that if I fail to pay any fee installment when due my bankruptcy case may be dismissed without opportunity for hearing, in accordance with Local Rules.

2. I am unable to pay the filing fee except in installments.

3. I certify that I will neither make any further payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the filing fee:

    First Installment of $ 75.00, with the filing of the petition.
    Second Installment of at least one-half of the unpaid balance of the filing fee in the amount of $ 260.00, on or before 30 days from the date the bankruptcy petition was filed.
    Final Installment of the remaining unpaid balance of the filing fee in the amount of $_, on or before 60 days from the date the bankruptcy petition was filed.

5. **I understand that if I fail to pay any fee installment when due my bankruptcy case may be dismissed without opportunity for hearing, in accordance with Local Rules.**

| /s/ Karen King                November 6, 2020 | /s/ Faith Chibugo Njoku        November 6, 2020 |
|---|---|
| Signature of Attorney                     Date | Signature of Debtor                        Date |
|  | (In a joint case, both Debtors must sign) |

Karen King
Name of Attorney

Signature of Joint Debtor                   Date

(Application to Pay Filing Fee in Installments for ALL Chapters - Revision Date December 2018)
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy