**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Faith Chibugo Njoku** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–8548** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Georgia** <br> Court website: www.ganb.uscourts.gov | | Date case filed for chapter  **7**   **11/6/20** |
| Case number:   **20–71501–lrc** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).  Copy fees or access charges may apply. A free automated response system is available at 866–222–8029 (Georgia Northern). You must have case number, debtor name, or SSN when calling.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's full name** | Faith Chibugo Njoku | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 3200 Lenox Rd <br> Apt C410 <br> Atlanta, GA 30334 | |
| **4. Debtor's attorney** <br> Name and address | Karen King <br> King & King Law LLC <br> 215 Pryor Street, S.W. <br> Atlanta, GA 30303 <br><br> Contact phone (404) 524–6400 <br> Email:  notices@kingkingllc.com | |
| **5. Bankruptcy trustee** <br> Name and address | John Lewis Jr. <br> John Lewis, Chapter 7 Trustee <br> Shook, Hardy & Bacon, LLP <br> 1230 Peachtree Street, Suite 1200 <br> Atlanta, GA 30309 | Contact phone (470) 867–6003 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor **Faith Chibugo Njoku**  Case number **20–71501–lrc**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | M. Regina Thomas  Clerk of Court  1340 United States Courthouse  75 Ted Turner Drive SW  Atlanta, GA 30303 | Office Hours: 8:00 a.m. – 4:00 p.m.  Court website: www.ganb.uscourts.gov  Contact phone 404–215–1000 |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Bring a copy of this notice with you. Creditors may attend, but are not required to do so. Cellular phones and other devices with cameras are not allowed in the building. | **December 15, 2020 at 03:00 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  TO THE DEBTOR: Bring an original government issued photo ID and confirmation of social security number. Provide the Trustee a copy of your most recently filed tax return seven days prior to the meeting, but DO NOT FILE WITH THE COURT. | Location:  **Meeting will be telephonic. To attend, Dial: 866–775–8031 and enter: 8793705, when prompted for participation code.** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/16/21** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 20-71501-lrc |
| Faith Chibugo Njoku | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: sfw2 | Page 1 of 2 |
| Date Rcvd: Nov 09, 2020 | Form ID: 309a | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Faith Chibugo Njoku, 3200 Lenox Rd, Apt C410, Atlanta, GA 30324-2607 |
| 23286423 | + | FMC- Omaha Service center, PO Box 542000, Omaha, NE 68154-8000 |
| 23286426 | + | Greystar leasing, 1545 Peachtree St NE, #700, Atlanta, GA 30309-7033 |
| 23286430 | + | Minto Money, PO Box 58112, Minto, AK 99758-0112 |
| 23286431 | + | Rutgers Federal Credit, 100 College Ave, New Brunswick, NJ 08901-1438 |
| 23286432 | | Self Help Federal CR, 2504 Tenaya Dr, Fortuna, CA 95540 |
| 23286433 | + | Seton Hall University, 400 South Orange Ave, South Orange, NJ 07079-2697 |
| 23286434 | + | Spot Loan, Po Box 927, Palatine, IL 60078-0927 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: notices@kingkingllc.com | Nov 09 2020 20:39:00 | Karen King, King & King Law LLC, 215 Pryor Street, S.W., Atlanta, GA 30303 |
| tr | | Email/Text: john.lewis@txitrustee.com | Nov 09 2020 20:40:00 | John Lewis, Jr., John Lewis, Chapter 7 Trustee, Shook, Hardy & Bacon, LLP, 1230 Peachtree Street, Suite 1200, Atlanta, GA 30309 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Nov 09 2020 20:41:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| cr | + | EDI: RMSC.COM | Nov 10 2020 01:23:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 23286416 | + | EDI: CAPITALONE.COM | Nov 10 2020 01:23:00 | Capital Once Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 23286417 | + | EDI: CAPONEAUTO.COM | Nov 10 2020 01:23:00 | Capital One Auto Fin, PO Box 259407, Plano, TX 75025-9407 |
| 23286418 | + | EDI: WFNNB.COM | Nov 10 2020 01:23:00 | Comenity Bank/Nwyrk&Co, PO Box 182789, Columbus, OH 43218-2789 |
| 23286419 | + | EDI: WFNNB.COM | Nov 10 2020 01:23:00 | Comenity Capital/Fore, POB 182120, Columbus, OH 43218-2120 |
| 23286420 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 09 2020 20:48:06 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 23286429 | | EDI: CITICORP.COM | Nov 10 2020 01:23:00 | Macy's/DSNB, 911 Duke Blvd, Mason, OH 45040 |
| 23286421 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 09 2020 20:41:00 | Dept of Education/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 23286422 | + | Email/Text: operationsclerk@easypayfinance.com | Nov 09 2020 20:39:00 | Duvera Billing Services, 2701 Loker Ave W Ste 280, Carlsbad, CA 92010-6639 |
| 23286424 | | EDI: FORD.COM | Nov 10 2020 01:23:00 | Ford Motor Credit, P.O. Box 689007, Franklin, TN 37068-9007 |

| District/off: 113E-9 | User: sfw2 | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 09, 2020 | Form ID: 309a | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 23286425 | | EDI: GADEPTOFREV.COM | Nov 10 2020 01:23:00 | Georgia Department of Revenue, 1800 Century Blvd NE Suite 9100, Atlanta, GA 30321 |
| 23286427 | | EDI: IRS.COM | Nov 10 2020 01:23:00 | IRS, Centralized Insolvency Op., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 23286428 | | EDI: JPMORGANCHASE | Nov 10 2020 01:23:00 | JPMCB - Card Services, 301 N Walnut St, Floor 09, Wilmington, DE 19801 |
| 23286943 | + | EDI: PRA.COM | Nov 10 2020 01:23:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 23286435 | + | EDI: RMSC.COM | Nov 10 2020 01:23:00 | SYNCB/Amazon PLCC, P.O. Box 965015, Orlando, FL 32896-5015 |
| 23287165 | | Email/Text: usagan.bk@usdoj.gov | Nov 09 2020 20:41:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 23286436 | + | EDI: RMSC.COM | Nov 10 2020 01:23:00 | syncb/care credit, PO Box 965036, Orlando, FL 32896-5036 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 11, 2020        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John Lewis, Jr. | Johnlewistrustee@gmail.com;ecf.alert+Lewis@titlexi.com |
| Karen King | on behalf of Debtor Faith Chibugo Njoku myecfkingnking@gmail.com;EcfmailR62760@notify.bestcase.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 3