Certificate Number: 05781-GAN-DE-035110574

Bankruptcy Case Number: 20-71501



05781-GAN-DE-035110574

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 22, 2020, at 12:07 o'clock AM PST, Faith Njoku completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:    November 22, 2020            By:    /s/Allison M Geving

                                      Name:  Allison M Geving

                                      Title: President