UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Faith Chibugo Njoku, | ) | CASE NO. 20-71501-LRC |
| | ) | |
| Debtor. | ) | |

**MOTION TO ENLARGE TIME TO FILE REAFFIRMATION AGREEMENT**

COMES NOW Debtor and asks this Court to enlarge the time to file a reaffirmation agreement in this case under Bankruptcy Rule 4008(a) and respectfully represents the following:

1.

On November 6, 2020, Debtor filed a Voluntary Petition for Chapter 7 bankruptcy.

2.

Debtor needs to file a reaffirmation agreement with Capital One Auto Finance to protect her interest in her 2017 Nissan Rogue. Debtor and the creditor are in the process of negotiating the reaffirmation agreement, but Debtor anticipates that the document may not be executed before Debtor is issued a discharge. Under 11 U.S.C. § 524(c), Debtor needs the reaffirmation agreement to be executed and filed before the discharge is issued.

3.

Debtor asks the Court to enlarge the time in order to file a reaffirmation agreement in this case pursuant to Bankruptcy Rule 4004(c)(2) by thirty (30) days.

4.

Pursuant to Bankruptcy Rule 4004(c)(1)(J), Debtor asks the Court to delay the issuance of Debtor's discharge by thirty (30) days.

WHEREFORE, Debtor prays:

(a) That this Motion be granted;

(b) That the Court enlarge the time to execute and file the reaffirmation agreement by 30 days as described above;

(c) That the Court delay the entry of Debtor's discharge by 30 days; and

(d) That the Court grant such other and further relief as it may deem proper.

Respectfully submitted,
KING & KING LAW LLC

_____/s/
Carl Epps
Attorney for Debtor
Georgia Bar Number 726885
215 Pryor St. SW
Atlanta GA 30303
(404) 524-6400
notices@kingkingllc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Faith Chibugo Njoku, | ) | CASE NO. 20-71501-LRC |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that I am more than eighteen years of age, and that on this day I served a copy of the within Motion to Enlarge Time to File Reaffirmation Agreement upon the following by depositing a copy of the same in the United States Mail with sufficient postage thereon to ensure delivery to:

Faith Chibugo Njoku
3200 Lenox Rd Apt C410
Atlanta, GA 30334

John Lewis Jr.
Suite 1650
1180 West Peachtree
Atlanta, GA 30309

Office of the U.S. Trustee
75 Ted Turner Drive, SW, #362
Atlanta, GA 30303

CREDITORS MATRIX ATTACHED BELOW

This 15th day of February, 2021.

                                           Respectfully submitted,
                                           KING & KING LAW LLC

                                           /s/
                                           Carl Epps
                                           Attorney for Debtor
                                           Georgia Bar Number 726885
                                           215 Pryor St. SW
                                           Atlanta GA 30303
                                           (404) 524-6400
                                           notices@kingkingllc.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 20-71501-lrc<br>Northern District of Georgia<br>Atlanta<br>Mon Feb 15 15:43:11 EST 2021 | Capital Once Bank USA NA<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One Auto Fin<br>PO Box 259407<br>Plano, TX 75025-9407 |
| Comenity Bank/Nwyrk&Co<br>PO Box 182789<br>Columbus, OH 43218-2789 | Comenity Capital/Fore<br>POB 182120<br>Columbus, OH 43218-2120 | Credit One Bank<br>P.O. Box 98872<br>Las Vegas, NV 89193-8872 |
| Dept of Education/Nelnet<br>121 S 13th St<br>Lincoln, NE 68508-1904 | Duvera Billing Services<br>2701 Loker Ave W Ste 280<br>Carlsbad, CA 92010-6639 | FMC- Omaha Service center<br>PO Box 542000<br>Omaha, NE 68154-8000 |
| Ford Motor Credit<br>P.O. Box 689007<br>Franklin, TN 37068-9007 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Greystar leasing<br>1545 Peachtree St NE<br>#700<br>Atlanta, GA 30309-7033 |
| IRS<br>Centralized Insolvency Op.<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Karen King<br>King & King Law LLC<br>215 Pryor Street, S.W.<br>Atlanta, GA 30303-3748 |
| (p)JOHN LEWIS JR<br>SHOOK HARDY & BACON LLP<br>1230 PEACHTREE STREET SUITE 1200<br>ATLANTA GA 30309-7502 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | Minto Money<br>PO Box 58112<br>Minto, AK 99758-0112 |
| Faith Chibugo Njoku<br>3200 Lenox Rd<br>Apt C410<br>Atlanta, GA 30324-2607 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Rutgers Federal Credit<br>100 College Ave<br>New Brunswick, NJ 08901-1438 | SYNCB/Amazon PLCC<br>P.O. Box 965015<br>Orlando, FL 32896-5015 | Self Help Federal CR<br>2504 Tenaya Dr<br>Fortuna, CA 95540 |
| Seton Hall University<br>400 South Orange Ave<br>South Orange, NJ 07079-2697 | Spot Loan<br>Po Box 927<br>Palatine, IL 60078-0927 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | syncb/care credit<br>PO Box 965036<br>Orlando, FL 32896-5036 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
1800 Century Blvd NE Suite 9100
Atlanta, GA 30321

JPMCB - Card Services
301 N Walnut St
Floor 09
Wilmington, DE 19801

John Lewis Jr.
John Lewis, Chapter 7 Trustee
Shook, Hardy & Bacon, LLP
1230 Peachtree Street, Suite 1200
Atlanta, GA 30309

Macy's/DSNB
911 Duke Blvd
Mason, OH 45040

End of Label Matrix
Mailable recipients    28
Bypassed recipients     0
Total                  28