**IT IS ORDERED as set forth below:**



**Date: February 16, 2021**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-71501 - LRC |
| Faith Chibugo Njoku, | ) | |
| | ) | CHAPTER 7 |
| Debtor. | ) | |

### ORDER GRANTING MOTION TO ENLARGE TIME TO FILE REAFFIRMATION AGREEMENT

On February 15, 2021, Debtor filed a *Motion to Enlarge the Time to file a Reaffirmation Agreement* in this case under Bankruptcy Rule 4008(a) (Doc. No. 15) (the "Motion").  Under 11 U.S.C. § 524(c), Debtor needs the reaffirmation agreement with Capital One Auto Finance  (the "Creditor") to be executed and filed before a discharge is issued.  No notice of hearing is required, and good cause has been alleged; therefore, it is hereby

**ORDERED** that Debtor's Motion is GRANTED: The time for Debtor to execute and file a reaffirmation agreement with Creditor is enlarged by thirty (30) days from entry of this Order.

**[END OF DOCUMENT]**

Prepared By:

\_\_/s/_____
Carl Epps, Attorney for Debtor
Georgia Bar Number 726885
King & King Law LLC
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com

**DISTRIBUTION LIST**

King & King Law LLC
215 Pryor Street
Atlanta, GA 30303

Faith Chibugo Njoku
3200 Lenox Rd Apt C410
Atlanta, GA 30334

John Lewis Jr., Chapter 7 Trustee
Suite 1650
1180 West Peachtree
Atlanta, GA 30309

Office of the U.S. Trustee
75 Ted Turner Drive, SW, #362
Atlanta, GA 30303

Capital Once Bank USA NA
PO Box 30281
Salt Lake City, UT 84130

Capital One Auto Finance
PO Box 259407
Plano, TX 75025