**IT IS ORDERED as set forth below:**

**Date: February 16, 2021**

_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                             )  CASE NO. 20-71501 - LRC
Faith Chibugo Njoku,               )
                                   )  CHAPTER 7
          Debtor.                  )

**ORDER GRANTING MOTION TO ENLARGE TIME TO FILE REAFFIRMATION
AGREEMENT**

On February 15, 2021, Debtor filed a *Motion to Enlarge the Time to file a*

*Reaffirmation Agreement* in this case under Bankruptcy Rule 4008(a) (Doc. No. 15) (the

"Motion").  Under 11 U.S.C. § 524(c), Debtor needs the reaffirmation agreement with Capital

One Auto Finance  (the "Creditor") to be executed and filed before a discharge is issued.  No

notice of hearing is required, and good cause has been alleged; therefore, it is hereby

**ORDERED** that Debtor's Motion is GRANTED:   The time for Debtor to execute

and file a reaffirmation agreement with Creditor is enlarged by thirty (30) days from entry of this

Order.

**[END OF DOCUMENT]**

Prepared By:

  /s/
Carl Epps, Attorney for Debtor
Georgia Bar Number 726885
King & King Law LLC
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com

**DISTRIBUTION LIST**

King & King Law LLC
215 Pryor Street
Atlanta, GA 30303

Faith Chibugo Njoku
3200 Lenox Rd Apt C410
Atlanta, GA 30334

John Lewis Jr., Chapter 7 Trustee
Suite 1650
1180 West Peachtree
Atlanta, GA 30309

Office of the U.S. Trustee
75 Ted Turner Drive, SW, #362
Atlanta, GA 30303

Capital Once Bank USA NA
PO Box 30281
Salt Lake City, UT 84130

Capital One Auto Finance
PO Box 259407
Plano, TX 75025

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                          Case No. 20-71501-lrc

Faith Chibugo Njoku                                                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                              User: sfw2                                                    Page 1 of 2

Date Rcvd: Feb 16, 2021                     Form ID: pdf406                                        Total Noticed: 6

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | #+ | Faith Chibugo Njoku, 3200 Lenox Rd, Apt C410, Atlanta, GA 30324-2607 |
| | + | John Lewis Jr., Chapter 7 Trustee, Suite 1650, 1180 West Peachtree, Atlanta, GA 30309-3728 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 16 2021 21:52:00 | Capital Once Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Feb 16 2021 21:51:12 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| + | Email/Text: ebnatlanta@gmail.com | Feb 16 2021 21:16:00 | King & King Law LLC, 215 Pryor Street, Atlanta, GA 30303-3748 |
| + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Feb 16 2021 21:15:00 | Office of the U.S. Trustee, 75 Ted Turner Drive, SW, No.362, Atlanta, GA 30303-3330 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| | *+ | Faith Chibugo Njoku, 3200 Lenox Rd Apt C410, Atlanta, GA 30324-2607 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2021                              Signature:            /s/Joseph Speetjens

District/off: 113E-9                                                  User: sfw2                                                  Page 2 of 2
Date Rcvd: Feb 16, 2021                                       Form ID: pdf406                                    Total Noticed: 6

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| John Lewis, Jr. | Johnlewistrustee@gmail.com;ecf.alert+Lewis@titlexi.com |
| Karen King | on behalf of Debtor Faith Chibugo Njoku myecfkingnking@gmail.com;EcfmailR62760@notify.bestcase.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 3