UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:    )    Case No.: 20-71501-LRC
)
Faith Chibugo    )
)
Njoku    )    Chapter: 7
)
Debtor(s)

## Motion to re-file to Enlarge time to file Reaffirmation Agreement.

On February 23rd 2021, Debtor - Faith Chibugo Njoku filed a motion to enlarge the time to file a reaffirmation agreement in this case under bankruptcy Rule 4008(a) Doc No. 15. I was not informed by my legal team Karen King with King and King of the motion being granted. I reside in 3200 Lenox Road C410 Atlanta GA, they did not call me or electronically serve me with this motion. I found out the motion had been granted by physically coming to the courthouse and printing out a copy of my chapter 7 finans. There is no duplicate address on file, these law firm has both my cell phone number and my email. I have been struggling financially due to COVID-19 and have lost my job since Dec. 2020, I communicated that and I have been unable to maintain my legal fees to this firm. I am trying to find new employment and the lack of truthful correspondence with this firm recently has been disheartening. As others were electronically notified I feel I should have been as well. I am filing a motion on my own to extend time to file for a reaffirmation agreement, before a discharge is issued.

Dated: 02/23/2021    Signature: [signed] Faith Njoku

Printed Name: Faith C. Njoku

Address: 3200 Lenox Road C410
Atlanta GA 30324

Phone: 404-933-5596

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: __Faith Chibugo Njoku__ )     Case No: __207-71501-LRC__
                                )
                                )     Chapter __7__
                                )
                                )
Debtor(s)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the __23__ day of __February__, 20__21__, I served a copy of __Motion to Expand Reaffirmation Agreement to Enlarge Time__ which was filed in this bankruptcy matter on the __23__ day of __February__, 20__21__.

Mode of service (check one):     ○ MAILED     ○ HAND DELIVERED  __Electronic Transmission__ ✓

Name and Address of each party served (If necessary, you may attach a list.):
AIS.cocard.ebn@americaninfosource.com    Capital One Bank USA PO Box 30281 Salt Lake City Utah UT 84130-0281
AIS.COAF.EBN@Americaninfosource.com    Capital One Auto Finance PO Box 259407 Plano TX 75025-9407
ustpregion21.at.ecf@usdoj.gov    Office of the US Trustee 75 Ted Turner Drive SW, No. 362 Atlanta GA 30303
John Lewis Jr - Johnlewistrustee@gmail.com

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: __02/23/2021__     Signature: ____
                          Printed Name: __Faith Njoku__
                          Address: __3200 Lenox Road__
                                   __C410 Atlanta, GA 30324__

                          Phone: __404-933-5596__

(Generic Certificate of Service – Revised 4/13)