PLEASE TYPE OR PRINT

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

## Request for Change of Address

Case Name: 20-71501-LRC / Faith Chibuso Njoku

Case No.: 20-71501-LRC    Chapter: 7

**Change of Address for:**
Debtor [✓]   Creditor [ ]   Attorney for Debtor [ ]   Attorney for Creditor [ ]

**Change for:**
Notices ONLY [ ]   Payments ONLY [✓]   Notices and Payments [✓]

EFFECTIVE DATE OF CHANGE: 02/23/2021

Name: Faith Chibuso Njoku

Prior Address: 3200 Lenox Road C410
Atlanta, GA 30324

*************************************************************************

New Address: PO Box 13993
Atlanta GA 30324

Change of Address Was Furnished By: Debtor [✓]   Creditor [ ]   Attorney [ ]

Date: 02/23/21    Signature of Filer: _____
Telephone Number: 404-933-5596

| IF FILED BY ATTORNEY |
|---|

Attorney Name:
Bar ID:
Address:

Revised August 2012