**IT IS ORDERED as set forth below:**

**Date: March 23, 2021**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
|  | : |  |
| FAITH CHIBUGO NJOKU, | : | 20-71501-LRC |
|  | : |  |
|  | : | IN PROCEEDINGS UNDER |
|  | : | CHAPTER 7 OF THE |
| Debtor. | : | BANKRUPTCY CODE |

### ORDER

Before the Court is the Debtor's Motion to Re-File to Enlarge Time to File Reaffirmation Agreement (Doc. 18). For good cause shown, and no objections having been filed, the Motion is **GRANTED**.

The time within which the Debtor may file a reaffirmation agreement with Capital One ("Creditor") is extended until April 21, 2021. Further, the Clerk shall defer the entry of the Debtor's discharge for thirty (30) days from the date of the entry of this Order,

unless the Court further extends the deferral to a date certain upon request by the Debtor, filed in accordance with Rule 4004(c)(2), or until the Debtor files a reaffirmation agreement with Creditor, whichever occurs first.

If, however, the Debtor files a reaffirmation agreement with Creditor as to which a presumption of undue hardship is in effect under section 524(m), the Clerk shall refrain from discharging the case in accordance with Rule 4004(c)(1)(K) until after the Court has concluded a hearing on the presumption.

### END OF DOCUMENT

**Distribution List**

**Faith Chibugo Njoku**
PO Box 13993
Atlanta, GA 30324

**Faith Chibugo Njoku**
3200 Lenox Road
C410
Atlanta, GA 30324

**Karen King**
King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

**Capital One Auto Finance**
Department
AIS Portfolio Services, LP
Account: XXXXXXXXX9319
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**John Lewis, Jr.**
John Lewis, Chapter 7 Trustee
Shook, Hardy & Bacon, LLP
1230 Peachtree Street, Suite 1200
Atlanta, GA 30309