**IT IS ORDERED as set forth below:**

**Date: March 23, 2021**

_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NUMBER |
| | : | |
| FAITH CHIBUGO NJOKU, | : | 20-71501-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| Debtor. | : | BANKRUPTCY CODE |

## ORDER

Before the Court is the Debtor's Motion to Re-File to Enlarge Time to File Reaffirmation Agreement (Doc. 18). For good cause shown, and no objections having been filed, the Motion is **GRANTED**.

The time within which the Debtor may file a reaffirmation agreement with Capital One ("Creditor") is extended until April 21, 2021. Further, the Clerk shall defer the entry of the Debtor's discharge for thirty (30) days from the date of the entry of this Order,

unless the Court further extends the deferral to a date certain upon request by the Debtor, filed in accordance with Rule 4004(c)(2), or until the Debtor files a reaffirmation agreement with Creditor, whichever occurs first.

If, however, the Debtor files a reaffirmation agreement with Creditor as to which a presumption of undue hardship is in effect under section 524(m), the Clerk shall refrain from discharging the case in accordance with Rule 4004(c)(1)(K) until after the Court has concluded a hearing on the presumption.

**END OF DOCUMENT**

**Distribution List**

**Faith Chibugo Njoku**
PO Box 13993
Atlanta, GA 30324

**Faith Chibugo Njoku**
3200 Lenox Road
C410
Atlanta, GA 30324

**Karen King**
King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

**Capital One Auto Finance**
Department
AIS Portfolio Services, LP
Account: XXXXXXXXX9319
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**John Lewis, Jr.**
John Lewis, Chapter 7 Trustee
Shook, Hardy & Bacon, LLP
1230 Peachtree Street, Suite 1200
Atlanta, GA 30309

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 20-71501-lrc |
| Faith Chibugo Njoku | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: sfw2 | Page 1 of 2 |
| Date Rcvd: Mar 23, 2021 | Form ID: pdf406 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Faith Chibugo Njoku, PO Box 13993, Atlanta, GA 30324-0993 |
| | #+ | Faith Chibugo Njoku, 3200 Lenox Road, C410, Atlanta, GA 30324-2607 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Mar 23 2021 22:17:59 | Capital One Auto Finance, Department, AIS Portfolio Services, LP, Account: XXXXXXXXX9319, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| | | Email/Text: john.lewis@txitrustee.com | Mar 23 2021 20:31:00 | John Lewis, Jr., Chapter 7 Trustee, Shook, Hardy & Bacon, LLP, 1230 Peachtree Street, Suite 1200, Atlanta, GA 30309 |
| | + | Email/Text: ebnatlanta@gmail.com | Mar 23 2021 20:34:00 | Karen King, King & King Law LLC, 215 Pryor Street, S.W., Atlanta, GA 30303-3748 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | *+ | Faith Chibugo Njoku, PO Box 13993, Atlanta, GA 30324-0993 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2021　　　　　　　　　　Signature:　　　　/s/Joseph Speetjens

| District/off: 113E-9 | User: sfw2 | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 23, 2021 | Form ID: pdf406 | Total Noticed: 5 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| John Lewis, Jr. | Johnlewistrustee@gmail.com;ecf.alert+Lewis@titlexi.com |
| Karen King | on behalf of Debtor Faith Chibugo Njoku myecfkingnking@gmail.com;EcfmailR62760@notify.bestcase.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 3