**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Faith Chibugo Njoku**
PO Box 13993
Atlanta, GA 30324

xxx−xx−8548

Case No.: **20−71501−lrc**
Chapter: **7**
Judge: **Lisa Ritchey Craig**

### DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

_(signature)_

Lisa Ritchey Craig
United States Bankruptcy Judge

Dated:   April 27, 2021

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 182 continued

### EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

United States Bankruptcy Court

Northern District of Georgia

In re:  Case No. 20-71501-lrc
Faith Chibugo Njoku  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9  User: malave  Page 1 of 2
Date Rcvd: Apr 27, 2021  Form ID: 182  Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Faith Chibugo Njoku, PO Box 13993, Atlanta, GA 30324-0993 |
| 23286423 | + | FMC- Omaha Service center, PO Box 542000, Omaha, NE 68154-8000 |
| 23286426 | + | Greystar leasing, 1545 Peachtree St NE, #700, Atlanta, GA 30309-7033 |
| 23286430 | + | Minto Money, PO Box 58112, Minto, AK 99758-0112 |
| 23286431 | + | Rutgers Federal Credit, 100 College Ave, New Brunswick, NJ 08901-1438 |
| 23286432 | | Self Help Federal CR, 2504 Tenaya Dr, Fortuna, CA 95540 |
| 23286433 | + | Seton Hall University, 400 South Orange Ave, South Orange, NJ 07079-2697 |
| 23286434 | + | Spot Loan, Po Box 927, Palatine, IL 60078-0927 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Apr 27 2021 23:58:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RMSC.COM | Apr 27 2021 23:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 23286416 | + | EDI: CAPITALONE.COM | Apr 27 2021 23:53:00 | Capital Once Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 23286417 | + | EDI: CAPONEAUTO.COM | Apr 27 2021 23:58:00 | Capital One Auto Fin, PO Box 259407, Plano, TX 75025-9407 |
| 23286418 | + | EDI: WFNNB.COM | Apr 27 2021 23:53:00 | Comenity Bank/Nwyrk&Co, PO Box 182789, Columbus, OH 43218-2789 |
| 23286419 | + | EDI: WFNNB.COM | Apr 27 2021 23:53:00 | Comenity Capital/Fore, POB 182120, Columbus, OH 43218-2120 |
| 23286420 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 27 2021 20:11:24 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 23286429 | | EDI: CITICORP.COM | Apr 27 2021 23:53:00 | Macy's/DSNB, 911 Duke Blvd, Mason, OH 45040 |
| 23286421 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 27 2021 20:04:00 | Dept of Education/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 23286422 | + | Email/Text: operationsclerk@easypayfinance.com | Apr 27 2021 20:02:00 | Duvera Billing Services, 2701 Loker Ave W Ste 280, Carlsbad, CA 92010-6639 |
| 23286424 | | EDI: FORD.COM | Apr 27 2021 23:53:00 | Ford Motor Credit, P.O. Box 689007, Franklin, TN 37068-9007 |
| 23286425 | | EDI: GADEPTOFREV.COM | Apr 27 2021 23:53:00 | Georgia Department of Revenue, 1800 Century Blvd NE Suite 9100, Atlanta, GA 30321 |
| 23286427 | | EDI: IRS.COM | Apr 27 2021 23:53:00 | IRS, Centralized Insolvency Op., P.O. Box 7346, Philadelphia, PA 19101-7346 |

| District/off: 113E-9 | User: malave | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 27, 2021 | Form ID: 182 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 23286428 | | EDI: JPMORGANCHASE | Apr 27 2021 23:53:00 | JPMCB - Card Services, 301 N Walnut St, Floor 09, Wilmington, DE 19801 |
| 23286943 | + | EDI: PRA.COM | Apr 27 2021 23:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 23286435 | + | EDI: RMSC.COM | Apr 27 2021 23:53:00 | SYNCB/Amazon PLCC, P.O. Box 965015, Orlando, FL 32896-5015 |
| 23287165 | | Email/Text: usagan.bk@usdoj.gov | Apr 27 2021 20:04:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 23286436 | + | EDI: RMSC.COM | Apr 27 2021 23:53:00 | syncb/care credit, PO Box 965036, Orlando, FL 32896-5036 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Apr 29, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John Lewis, Jr. | Johnlewistrustee@gmail.com;ecf.alert+Lewis@titlexi.com |
| Karen King | on behalf of Debtor Faith Chibugo Njoku myecfkingnking@gmail.com;EcfmailR62760@notify.bestcase.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 3