# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

IN RE:                                                      ) Case No.: 20-71501-lrc
                                                            )
FAITH NJOKU                                                 )
_____                                 )
                                                            ) Chapter: 7
_____                                 )
          Debtor(s)

## Motion to Re-open Closed Ch. 7 Case

I, Faith Njoku, on this day, December 30th 2021 hereby file a motion to petition the Bankruptcy court to re-open ch.7 bankruptcy case 20-71501-lrc

Reason:

As pro se, I have been informed of additional filings required by me to appropriately and successfully absolve an outstanding student loan debt which my ch.7 covered. My previous attorneys did not disclose such vital information. I have evidence relating to an extenuating circumstance I would like to bring forward to the loan servicing agency. I am unable to file an adversary claim due to the case being closed. I would like to plead my case to the Bankruptcy court to allow me to re-open my chapter 7 Case No. 20-71501-lrc.

Thank you.

Dated: 12/30/21            Signature:    _Faith Njoku_

                           Printed Name: Faith Njoku

                           Address:      1514 Jefferson Drive
                                         Sandy Springs, GA 30350

                           Phone:        404-933-5596

[Filed stamp: FILED IN CLERK'S OFFICE, U.S. BANKRUPTCY COURT, NORTHERN DISTRICT OF GEORGIA, 2021 DEC 30 AM 10:53, M. REGINA THOMAS, CLERK]

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: **FAITH NJOKU**                         )        Case No: **20-71501-lrc**
                                                )
_____                 )        Chapter **7**
                                                )
                                                )
                                                )
Debtor(s)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the **30th** day of **December**, 20**21**, I served a copy of **Motion to Re-open Closed Ch. 7 Case** which was filed in this bankruptcy matter on the ____ day of _____, 20__.

Mode of service (check one):        ◯ MAILED        ☑ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

**John Lewis, Chapter 7 Trustee**
**Shook, Hardy & Bacon, LLP          Atlanta, GA 30309**
**1230 Peachtree Street, Suite 1200       470-867-6003**

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: **12/30/21**            Signature: _Faith Njoku_
                               Printed Name: **Faith Njoku**
                               Address: **1514 Jefferson Drive**
                                        **Sandy Springs, GA 30350**
                               Phone: **404-933-5596**

(Generic Certificate of Service – Revised 4/13)