**IT IS ORDERED as set forth below:**



**Date: March 28, 2022**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
| | : | |
| FAITH CHIBUGO NJOKU, | : | 20-71501-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| Debtor. | : | BANKRUPTCY CODE |

## ORDER

On December 30, 2021, Debtor filed a motion to reopen the above-captioned Chapter 7 bankruptcy case for the purpose of filing a complaint to determine the dischargeability of a particular debt. Pursuant 11 U.S.C. § 350(b), the Motion is **GRANTED;**

**IT IS ORDERED** that Debtor's case is hereby reopened;

**IT IS FURTHER ORDERED** that, if Debtor fails to take any action within 120

days from the date of the entry of this Order, the Clerk can close the case.

## END OF DOCUMENT

**Distribution List**

**All Parties on the Court's Mailing Matrix**