**IT IS ORDERED as set forth below:**

**Date: March 28, 2022**

_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **CASE NUMBER** |
| | : | |
| FAITH CHIBUGO NJOKU, | : | 20-71501-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| Debtor. | : | BANKRUPTCY CODE |

## ORDER

On December 30, 2021, Debtor filed a motion to reopen the above-captioned Chapter 7 bankruptcy case for the purpose of filing a complaint to determine the dischargeability of a particular debt. Pursuant 11 U.S.C. § 350(b), the Motion is **GRANTED;**

**IT IS ORDERED** that Debtor's case is hereby reopened;

**IT IS FURTHER ORDERED** that, if Debtor fails to take any action within 120

days from the date of the entry of this Order, the Clerk can close the case.

**END OF DOCUMENT**

**Distribution List**

**All Parties on the Court's Mailing Matrix**

2

United States Bankruptcy Court

Northern District of Georgia

In re: Case No. 20-71501-lrc
Faith Chibugo Njoku Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9      User: bncadmin      Page 1 of 2
Date Rcvd: Mar 29, 2022      Form ID: pdf466      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Faith Chibugo Njoku, PO Box 13993, Atlanta, GA 30324-0993 |
| 23286423 | + | FMC- Omaha Service center, PO Box 542000, Omaha, NE 68154-8000 |
| 23286426 | + | Greystar leasing, 1545 Peachtree St NE, #700, Atlanta, GA 30309-7033 |
| 23286430 | + | Minto Money, PO Box 58112, Minto, AK 99758-0112 |
| 23286431 | + | Rutgers Federal Credit, 100 College Ave, New Brunswick, NJ 08901-1438 |
| 23286432 | | Self Help Federal CR, 2504 Tenaya Dr, Fortuna, CA 95540 |
| 23286433 | + | Seton Hall University, 400 South Orange Ave, South Orange, NJ 07079-2697 |
| 23286434 | + | Spot Loan, Po Box 927, Palatine, IL 60078-0927 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 29 2022 20:30:28 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2022 20:30:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 23286416 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2022 20:30:40 | Capital Once Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 23286417 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 29 2022 20:30:37 | Capital One Auto Fin, PO Box 259407, Plano, TX 75025-9407 |
| 23286418 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 29 2022 20:23:00 | Comenity Bank/Nwyrk&Co, PO Box 182789, Columbus, OH 43218-2789 |
| 23286419 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 29 2022 20:23:00 | Comenity Capital/Fore, POB 182120, Columbus, OH 43218-2120 |
| 23286420 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 29 2022 20:30:29 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 23286429 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2022 20:30:38 | Macy's/DSNB, 911 Duke Blvd, Mason, OH 45040 |
| 23286421 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 29 2022 20:23:00 | Dept of Education/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 23286422 | + | Email/Text: operationsclerk@easypayfinance.com | Mar 29 2022 20:22:00 | Duvera Billing Services, 2701 Loker Ave W Ste 280, Carlsbad, CA 92010-6639 |
| 23286424 | | Email/Text: EBNBKNOT@ford.com | Mar 29 2022 20:23:00 | Ford Motor Credit, P.O. Box 689007, Franklin, TN 37068-9007 |
| 23286425 | | Email/Text: brnotices@dor.ga.gov | Mar 29 2022 20:23:00 | Georgia Department of Revenue, 1800 Century Blvd NE Suite 9100, Atlanta, GA 30321 |
| 23286427 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

District/off: 113E-9 | User: bncadmin | Page 2 of 2
Date Rcvd: Mar 29, 2022 | Form ID: pdf466 | Total Noticed: 26

|  |  |  |  |
|---|---|---|---|
|  |  | Mar 29 2022 20:23:00 | IRS, Centralized Insolvency Op., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 23286428 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 29 2022 20:30:40 | JPMCB - Card Services, 301 N Walnut St, Floor 09, Wilmington, DE 19801 |
| 23286943 | + Email/PDF: rmscedi@recoverycorp.com | Mar 29 2022 20:30:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 23286435 | + Email/PDF: gecsedi@recoverycorp.com | Mar 29 2022 20:30:36 | SYNCB/Amazon PLCC, P.O. Box 965015, Orlando, FL 32896-5015 |
| 23287165 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Mar 29 2022 20:23:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 23286436 | + Email/PDF: gecsedi@recoverycorp.com | Mar 29 2022 20:30:27 | syncb/care credit, PO Box 965036, Orlando, FL 32896-5036 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2022      Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John Lewis, Jr. | Johnlewistrustee@gmail.com;ecf.alert+Lewis@titlexi.com |
| Karen King | on behalf of Debtor Faith Chibugo Njoku myecfkingnking@gmail.com;EcfmailR62760@notify.bestcase.com;notices@kingkingllc.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 3